Chastity Davidson v. IREDELL CO SHERIFF PHILLIP H. REDMOND, et al.
5:10-CV-182 (U.S.D.C. Western District – Statesville Division)

## EXHIBITS OF DEFENDANTS
## IREDELL COUNTY SHERIFF PHILLIP H. REDMOND, OFFICER JASON PATRICK CLOER, CORPORAL CHANCE ALLEN WILLIAMS, AND OHIO CASUALTY TO THEIR MEMORANDUM OF LAW FOR THEIR MOTION FOR SUMMARY JUDGMENT

A. Order of Superior Court Judge Edgar Gregory, November 16, 2011

B. SBI Report (page xii)

C. Letter from James J. Coman, Senior Deputy Attorney General, to Sarah Kirkman, District Attorney, Prosecutorial District 22A (May 26, 2009) re: Investigation into the death of Anthony Davidson

D. Expert Report of Steven D. Ashley

E. Training Records of Officer Jason Patrick Cloer

F. Training Records of Corporal Chance Allen Williams

G. Deposition transcript of Officer Jason Patrick Cloer

H. Deposition transcript of Sheriff Phillip H. Redmond

I. Deposition excerpts Steven Douglas Ashley: 212-215

J. Deposition excerpts Officer David Lowery: 40-50, 80-90

K. Deposition excerpts Deborah Radisch, M.D.: 1, 14-16, 40-43, 50-53, 66-70, 78-83

L. Deposition excerpts Corporal Chance Williams: 7-9, 17-34, 49-96