UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-cv-00182-RLV-DSC

CHASTITY DAVIDSON, in her )
individual capacity and as Administratix )
of the Estate of ANTHONY DEWAYNE )
DAVIDSON, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　)
　　　v. )
　　　　　　　　　　　　　　　　　　　)
CITY OF STATESVILLE; )
OFFICER DAVID WAYNE LOWERY, )
in his individual and official capacity; )
OFFICER WILLIAM HOWARD )
GOFORTH, in his individual and official )
capacity; IREDELL COUNTY )
SHERIFF PHILLIP H. REDMOND, )
in his individual and official capacity; )
"JOHN DOE SURETY COMPANY"; )
OFFICER JASON PATRICK CLOER, )
in his individual and official capacity; )
CORPORAL CHANCE ALLEN )
WILLIAMS, in his individual and )
official capacity; and OFFICER MARC )
ANTHONY CUDDY CARMONA, )
in his individual and official capacity, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　　)

**APPENDIX TO
DEFENDANTS CITY OF STATESVILLE, DAVID WAYNE LOWERY,
WILLIAM HOWARD GOFORTH AND MARK ANTHONY CUDDY CARMONA'S
BRIEF IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT**

**EXHIBITS:**

A. Iredell County Superior Court, Case Number 10-CvS-2033 Order Granting, in part, Defendants City of Statesville, David Wayne Lowery, William Howard Goforth, and Mark Anthony Cuddy Carmona's Motion to Dismiss

B. Excerpts from the Deposition Testimony of Chastity Davidson

C. Affidavit of David Wayne Lowery

D. Affidavit of William Howard Goforth

E. Affidavit of Marc Anthony Cuddy Carmona

F. State Bureau of Investigation Interview of Nurse Janeen Denise Navey

G. State Bureau of Investigation Interview of Travis Austin Ward

H. Excerpts from the Deposition Testimony of Dr. Deborah Radisch

I. Excerpt from the Deposition Testimony of Cyril H. Wecht, M.D., J.D.

J. Letter dated May 26, 2009 from James J. Coman, Senior Deputy Attorney General to Sarah M. Kirkman, Iredell County District Attorney

K. Affidavit of Matthew A. Lojko Jr.

L. *Green v. Kearney,* --- S.E.2d ---, 2011 WL 5534388 at *4 (N.C.App. 2011)

M. *Ridge v. Randleman*, 2009 WL 4884476 (M.D.N.C. 2009)

N. Excerpt from the Deposition Testimony of Chance Allen Williams