UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CV-182

CHASTITY DAVIDSON, in her )
individual capacity and as Administratix )
of the Estate of ANTHONY DEWAYNE )
DAVIDSON, )
 )
             Plaintiff, )
 )
        v. )
 )
CITY OF STATESVILLE; )
OFFICER DAVID WAYNE LOWERY, )
in his individual and official capacity; )
OFFICER WILLIAM HOWARD )
GOFORTH, in his individual and official )
capacity; IREDELL COUNTY )
SHERIFF PHILLIP H. REDMOND, )
in his individual and official capacity; )
"JOHN DOE SURETY COMPANY"; )
OFFICER JASON PATRICK CLOER, )
 in his individual and official capacity; )
 CORPORAL CHANCE ALLEN )
WILLIAMS, in his individual and )
official capacity; and OFFICER MARC )
ANTHONY CUDDY CARMONA, )
in his individual and official capacity, )
 )
         Defendants. )
_____)

# Exhibit I

1

2                UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3                  STATESVILLE DIVISION
                 5:10-cv-00182-RLV-DSC
4
                      - - - - -
5
CHASTITY DAVIDSON, in her)
6 individual capacity and  )
as Administratrix of the )
7 Estate of ANTHONY DEWAYNE)
DAVIDSON,                 )
8                         )
        Plaintiff,        )
9                         )
      v.                  )
10                        )
CITY OF STATESVILLE;      )
11 OFFICER DAVID WAYNE     )
LOWERY, in his individual)
12 and official capacity,  )
et al.,                   )
13                        )
        Defendants.       )
14
                      - - - - -
15
    DEPOSITION OF CYRIL H. WECHT, M.D., J.D.
16
                      - - - - -
17
                 SEPTEMBER 20, 2011
18
                      - - - - -
19
20
21
22
REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
23 WITHOUT AUTHORIZATION FROM THE CERTIFYING
AGENCY
24
                      - - - - -
25

Case 5:10-cv-00182-RLV -DSC   Document 40-10   Filed 11/30/11   Page 2 of 6

```
1
2        DEPOSITION OF CYRIL H. WECHT, M.D., J.D.,
3   a witness herein, called by the Defendants
4   Iredell County Sheriff Phillip H. Redmond,
5   Officer Jason Patrick Cloer and Corporal Chance
6   Allen Williams for examination, taken pursuant
7   to the Federal Rules of Civil Procedure, by and
8   before Sandra J. Mastay, a Professional Court
9   Reporter and Notary Public in and for the
10  Commonwealth of Pennsylvania, at the offices of
11  Cyril H. Wecht, M.D., 1119 Penn Avenue, Suite
12  404, Pittsburgh, PA 15222, on Tuesday,
13  September 20, 2011, at 11:06 a.m.
14                  - - - - -
15  COUNSEL PRESENT:
16  For the Plaintiff:
17       James E. Ferguson, II, Esq.
         Ferguson, Stein, Chambers, Gresham &
18       Sumter, P.A.
         741 Kenilworth Avenue
19       Suite 300
         Charlotte, North Carolina 28211
20
    For the Defendants Iredell County Sheriff
21  Phillip H. Redmond, Officer Jason Patrick
    Cloer, Corporal Chance Allen Williams:
22
         Amy E. Oleksa, Esq.
23       Cranfill, Sumner & Hartzog, L.L.P.
         2907 Providence Road
24       Suite 200
         Charlotte, North Carolina 28211
25
```

```
 1
 2    COUNSEL PRESENT:    (Continued)
      (Via Telephone)
 3
      For the Defendants City of Statesville, Officer
 4    David Wayne Lowery, Officer William Howard
      Goforth, Officer Marc Anthony Cuddy Carmona:
 5
           William Rozell, II, Esq.
 6         Frazier Hill & Fury, R.L.L.P.
           500 West Friendly Avenue
 7         Suite 100
           Post Office Drawer 1559
 8         Greensboro, North Carolina 27402
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2                    I N D E X

3                    - - - - -

4        WITNESS:  CYRIL H. WECHT, M.D., J.D.

5

6   E X A M I N A T I O N:                    PAGE

7

8   BY MS. OLEKSA                              5

9   BY MR. ROZELL                             75

10

11  E X H I B I T S:

12

13  NONE MARKED

14

15

16

17

18

19

20

21

22

23

24

25  ʼ

Case 5:10-cv-00182-RLV -DSC   Document 40-10   Filed 11/30/11   Page 5 of 6

1              Dr. Wecht - by Ms. Oleksa
2   years as I'm thinking.  My involvement has been
3   in the review of cases, including autopsies,
4   slides, materials, photographs, police reports,
5   et cetera, in several cases from different
6   jurisdictions.
7        Q.    Number 5 on your report had asked
8   you on page 5 about the role of bruise marks
9   and physical contact in Mr. Davidson's death.
10  Just to ask you, Doctor, you don't believe that
11  the officers either from the Statesville Police
12  Department or the Sheriff's deputies, to
13  oversimplify it, beat Mr. Davidson to death?
14       A.    No, I do not understand -- let me
15  take that back.
16       Q.    Sure.
17       A.    I am not aware of any such
18  allegations in this case, and I certainly have
19  not made any, and I find no evidence of his
20  having been beaten.
21       Q.    Did you find any evidence in the
22  review of the autopsy findings that Mr.
23  Davidson, for example, had been punched or
24  kicked in any way?
25       A.    No.  The only -- there's a contusion