UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CV-182

| | |
|---|---|
| CHASTITY DAVIDSON, in her individual capacity and as Administratix of the Estate of ANTHONY DEWAYNE DAVIDSON, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CITY OF STATESVILLE; OFFICER DAVID WAYNE LOWERY, in his individual and official capacity; OFFICER WILLIAM HOWARD GOFORTH, in his individual and official capacity; IREDELL COUNTY SHERIFF PHILLIP H. REDMOND, in his individual and official capacity; "JOHN DOE SURETY COMPANY"; OFFICER JASON PATRICK CLOER, in his individual and official capacity; CORPORAL CHANCE ALLEN WILLIAMS, in his individual and official capacity; and OFFICER MARC ANTHONY CUDDY CARMONA, in his individual and official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

# Exhibit N

CHASTITY DAVIDSON, in her individual
capacity and as Administratrix of the
Estate of ANTHONY DEWAYNE DAVIDSON,

        Plaintiff,      )
                          )
  vs.                )
                          ) **DEPOSITION**

CITY OF STATESVILLE;
OFFICER DAVID WAYNE LOWERY, in his
individual and official capacity;
OFFICER WILLIAM HOWARD GOFORTH, in
his individual and official capacity;
IREDELL COUNTY SHERIFF PHILLIP H.
REDMOND, in his individual and
official capacity;
OHIO CASUALTY OFFICER JASON PATRICK
CLOER, in his individual and
official capacity;
CORPORAL CHANCE ALLEN WILLIAMS,
in his individual and official
capacity; and
OFFICER MARC ANTHONY CUDDY CARMONA,
in his individual and official
capacity,

        Defendants.

---

CHANCE ALLEN WILLIAMS

TAKEN AT:
MITCHELL LAW GROUP
225 Green Street, Suite 1100
Fayetteville, North Carolina 28301

        October 31st, 2011

        1:17 P.M.

---

        Herman D. Wyatt
        Court Reporter

Wyatt Legal Services, LLC
3936 Elizabeth Glen Way
Jamestown, NC 27282
(336) 510-6515

## APPEARANCES OF COUNSEL

James E. Ferguson, II, Esquire
Lareena J. Phillips, Esquire
**FERGUSON, STEIN, CHAMBERS, GRESHAM & SUMTER, P.A.**
741 Kenilworth Avenue, Suite 300
Charlotte, NC 28204

William Rozell, II, Esquire
**FRAZIER, HILL & FURY, R.L.L.P.**
Post Office Drawer 1559
Greensboro, NC 27402

Patrick H. Flanagan, Esquire
**CRANFILL, SUMNER & HARTZOG, L.L.P.**
Post Office Box 30787
Charlotte, NC 28230

# I N D E X

STIPULATIONS                                                                  5

EXAMINATION

    By James Ferguson                                              6

    By William Rozell                                            117

    By Patrick Flanagan                                          120

    By James Ferguson                                            126

---

ADJOURNMENT                                                                 127

REPORTER CERTIFICATE                                                        128

WITNESS CERTIFICATION                                                       129

WITNESS ADDENDUM                                                            130

# E X H I B I T S

| Name | Offered By | Identified |
|---|---|---|
| EXHIBIT NUMBER ONE (Incident report) | Mr. Ferguson | 34 |
| EXHIBIT NUMBER TWO (SBI report) | Mr. Ferguson | 34 |

1    A.   I placed both of my shins, legs across
2    the top of his knees while he was sitting in the
3    chair.
4    Q.   And was he shackled at that time?
5    A.   They were in the process of shackling
6    him.
7    Q.   What else did you observe with regards
8    to Mr. Davidson after you went back to where he
9    was and put your knees on his -- put your legs on
10   his knees, as you've described?
11   A.   He was continually shouting.  He was
12   kicking, still.  So I was sitting on his knees so
13   that they -- he couldn't raise him, so that he
14   could be shackled.  So I asked someone for a
15   Taser.
16   Q.   And did you get a Taser?
17   A.   I received a Taser from someone.  I
18   don't know who.
19   Q.   Was it your Taser?
20   A.   No.  It was one of the Statesville
21   Police Department's Tasers.
22   Q.   As of today, do you know who gave you
23   the Taser?
24   A.   I do not.
25   Q.   What did you do with the Taser when you