UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-cv-00182-RLV-DSC

|  |  |
|---|---|
| CHASTITY DAVIDSON, in her individual capacity and as Administratrix of the Estate of ANTHONY DEWAYNE DAVIDSON, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CITY OF STATESVILLE; OFFICER DAVID WAYNE LOWERY, in his individual and official capacity; OFFICER WILLIAM HOWARD GOFORTH, in his individual and official capacity; IREDELL COUNTY SHERIFF PHILLIP H. REDMOND, in his individual and official capacity; "OHIO CASUALTY"; OFFICER JASON PATRICK CLOER, in his individual and official capacity; CORPORAL CHANCE ALLEN WILLIAMS, in his individual and official capacity; and OFFICER MARC ANTHONY CUDDY CARMONA, in his individual and official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS REDMOND, CLOER, WILLIAMS AND OHIO CASUALTY'S MOTION FOR SUMMARY JUDGMENT**

**INDEX TO EXHIBITS**

**Exhibit #**

1 ..........................................................................................Incident Investigation Report

2 ................................................................................. Deposition of Chastity Davidson

1

3 ...................................................................... Deposition of William Howard Goforth

4 ........................................................................... Deposition of David Wayne Lowery

5 ...................................................................... Deposition of Chance Allen Williams

6 ................................................................................... Deposition of Melvin Tucker

7 ........................................................................... Expert Report of Kris Sperry, M.D

8 ................................................................. Expert Report of Cyril H.Wecht, M.D., J.D.

9 ........................................................................... Expert Report of Melvin L. Tucker

10 ......................................................... Interview of William Howard Goforth, 7-27-08

11 ............................................................... Interview of David Wayne Lowery, 7-27-08

12 ......................................................... Voluntary Statement of Michael Chad Nethkem

13 ....................................................... Voluntary Statement of Marc Anthony Carmona

14 ....................................................................... Investigation Interview of Leah Taylor

15 ...................................................................... Investigation Interview of John Aponik

16 .................................. Medical Records (Discharge Summary of Anthony Davidson)

17 .......................... Iredell County Sheriff's Office – Use of Electronic Control Devices

18 ...................................... Iredell County Detention Center – Security and Supervision

19 ................................................................................ Digital Analysis of Tasers (SBI)

20 ....................................................................... Taser International Guidelines (A – D)