IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CV-00182-RLV-DSC

| | |
|---|---|
| CHASTITY DAVIDSON, in her individual capacity and as Administratrix of the Estate of ANTHONY DEWAYNE DAVIDSON, )<br><br>Plaintiff, )<br><br>v. )<br><br>CITY OF STATESVILLE; OFFICER DAVID WAYNE LOWERY, in his individual and official capacity; OFFICER WILLIAM HOWARD GOFORTH, in his individual and official capacity; IREDELL COUNTY SHERIFF PHILLIP H. REDMOND, in his individual and official capacity; OHIO CASUALTY INSURANCE CO.; OFFICER JASON PATRICK CLOER, in his individual and official capacity; CORPORAL CHANCE ALLEN WILLIAMS, in his individual and official capacity; and OFFICER MARC ANTHONY CUDDY CARMONA, in his individual and official capacity, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion to continue the above-captioned civil matter from the May 2012 trial term in the Statesville Division, which commences on May 7, 2012.

Pending before the Court is Defendants' Joint Motion for Stay of Proceedings Pending Appeal. (Doc. 57.) Without yet deciding upon Defendants' Motion, in the interest of justice, the Court will delay the trial in order to give the Motion further consideration.

1

**IT IS, THEREFORE, ORDERED** that this case be continued from the May 2012 trial term in the Statesville Division to the July 2012 term in the Statesville Division or until Defendants' Motion has been resolved.

Signed: May 3, 2012

Richard L. Voorhees
United States District Judge