IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-00182-RLV-DSC

| | | |
|---|---|---|
| CHASTITY DAVIDSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF STATESVILLE | ) | |
| DAVID WAYNE LOWERY | ) | |
| WILLIAM HOWARD GOFORTH | ) | |
| PHILLIP H. REDMOND | ) | |
| OHIO CASUALTY INSURANCE | ) | |
| COMPANY | ) | |
| JOHN DOE SURETY COMPANY | ) | |
| JASON PATRICK CLOER | ) | |
| CHARLES ALLEN WILLIAMS | ) | |
| MARC ANTHONY CUDDY CARMONA, | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

J.G. Wentworth Originations, LLC bears the burden of proving subject matter jurisdiction because it is the party asserting that this Court has jurisdiction. *Adams v. Bain*, 697 F.2d 1213, 1219 (4th Cir. 1982). The Court **ORDERS** J.G. Wentworth to file a brief showing that this Court has jurisdiction to enter an order approving its motion (Doc. 82). The brief should be filed by Wednesday, January 6, 2016.

**SO ORDERED.**

Signed: December 18, 2015

Richard L. Voorhees
United States District Judge